HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

/as

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| LAWRENCE R. WRIGHT, | ) | Civil No. 06-04606 MMC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION AND ORDER |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| Commissioner, Social Security | ) | |
| Administration, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have an extension of time up through and including Wednesday, December 27, 2006 in which to e-file his Motion for Summary Judgment. This extension is necessitated by the number of other cases Plaintiff's counsel currently has before the district court that also require briefing.

STIPULATION AND ORDER

1

1
2
3       _____
        KEVIN V. RYAN
        United States Attorney
4
5
6
7  Dated: November 20, 2006        /s/_____
                                   SARA WINSLOW
8                                  Assistant U.S. Attorney
9
10
11
12 Dated: November 20, 2006        /s/_____
                                   HARVEY P. SACKETT
13                                 Attorney for Plaintiff
                                   LAWRENCE R. WRIGHT
14
15 IT IS SO ORDERED.
16
17
18 Dated:   November 22, 2006       _____
                                    HON. MAXINE M. CHESNEY
19                                  United States District Judge
20
21
22
23
24
25
26
27
28

2

STIPULATION AND ORDER