IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LAWRENCE R. WRIGHT,

        Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

        Defendant
        _____/

No. CV-06-4606 MMC

**JUDGMENT IN A CIVIL CASE**

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** Wright's motion for summary judgment is hereby GRANTED, and Commissioner's cross-motion is hereby DENIED, and the matter is hereby REMANDED for further proceedings.

Dated: March 27, 2008

Richard W. Wieking, Clerk

By: Tracy Lucero
Deputy Clerk