BETTY HERRERA (242189)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile:  (408) 295-7444
E-mail: betty@sackettlaw.com

/amb

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE R. WRIGHT,<br><br>                Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner,<br>Social Security Administration,<br><br>                Defendant. | No.  C 06-04606 MMC<br><br>[PROPOSED] ORDER GRANTING<br>MOTION FOR AWARD OF<br>ATTORNEY'S FEES |

   Before the Court is plaintiff's Motion for Award of Attorney's Fees, filed October 19, 2010. ~~The court having considered the pleadings and the matter having been duly submitted:~~ No opposition has been filed.  Having read and considered the motion, the Court deems the matter suitable for decision thereon, vacates the December 3, 2010 hearing, and rules as follows.

   IT IS HEREBY ORDERED AND ADJUDGED that:

   1.     Plaintiff's motion is granted;

   2.     Plaintiff's counsel shall collect a net payment of $13,429.25 in attorney's fees in accordance with 28 U.S.C. § 406(b)(1)(A).

Dated: November 17, 2010

_____
HON. MAXINE M. CHESNEY

1

[PROPOSED] ORDER